IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB - 2 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE: )
) Misc. No. 08-442 (TFH)
GUANTÁNAMO BAY )
DETAINEE LITIGATION )
)

AL QOSI, )
)
Petitioner, )
)
v. ) Civil Action No. 1:04-cv-01937 (PLF)
)
BARACK H. OBAMA, )
President of the United States, *et al.*, )
)
Respondents. )

[~~PROPOSED~~] ORDER GRANTING
PETITIONER'S AMENDED CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO RESPONDENTS' MOTION TO DISMISS HABEAS PETITION
WITHOUT PREJUDICE OR, ALTERNATIVELY, TO HOLD PETITION IN ABEYANCE
PENDING COMPLETION OF MILITARY COMMISSION PROCEEDINGS

Upon consideration of Petitioner's *Amended Consent Motion for an Extension of Time in Which to Respond* to Respondents' *Motion to Dismiss Habeas Petition Without Prejudice or, Alternatively, to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including February 13th in which to respond to Respondents' *Motion to Dismiss*.

SIGNED AND ENTERED this 2 day of Feb , 2009.

_____
United States District Judge