UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM AHMED MAHMOUD AL QOSI,<br><br>Petitioner,<br><br>v.<br><br>BARACK H. OBAMA,<br>President of the United States, *et al.*,<br><br>Respondents. | **FILED**<br>APR 2 0 2009<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 04-cv-1937 (PLF) |

## ORDER

The Court, having fully considered the Respondents' Motion for Extension of Time to Make Disclosures, if any, pursuant to I.D.1 of the Amended Case Management Order, and there being no opposition,

**ORDERS** that the Motion be **GRANTED**.

Respondents shall have through and including May 5, 2009, to Make Disclosures, if any, Pursuant to the Court's Order of December 16, 2008.

IT IS SO **ORDERED**, this 20th day of April, 2009.

_____
PAUL L. FRIEDMAN
United States District Judge