UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM AHMED MAHMOUD AL QOSI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, )<br>President of the United States, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 04-cv-1937 (PLF) |

**FILED**
APR 2 1 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Court, having fully considered the Respondents' Motion for Extension of Time to File an Unclassified Return, pursuant to I.C of the Amended Case Management Order, and the opposition, if any,

**ORDERS** that the Motion be **GRANTED**.

Respondents shall have through and including May 11, 2009, to file an Unclassified Factual Return, pursuant to the Court's Order of December 16, 2008.

IT IS SO **ORDERED**, this 20 day of April, 2009.

_____
PAUL L. FRIEDMAN
United States District Judge