IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 2 6 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTÁNAMO BAY ) | |
| DETAINEE LITIGATION ) | |
| ) | |
| AL QOSI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:04-cv-01937 (PLF) |
| ) | |
| BARACK H. OBAMA, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**[~~PROPOSED~~] ORDER GRANTING
PETITIONER'S CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH
TO FILE THE TRAVERSE**

Upon consideration of Petitioner's *Consent Motion for an Extension of Time in Which to File the Traverse*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including July 17, 2009 in which file the traverse.

SIGNED AND ENTERED this 26th day of May, 2009.

_____
United States District Judge