IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 14 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AL QOSI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:04-cv-01937 (PLF) |
| ) | |
| BARACK H. OBAMA, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**] ORDER GRANTING
PETITIONER'S CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH
TO FILE THE TRAVERSE**

Upon consideration of Petitioner's *Consent Motion for an Extension of Time in Which to File the Traverse*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including September 18, 2009 in which file the traverse.

SIGNED AND ENTERED this 13th day of July, 2009.

_____
United States District Judge

D115502 1