IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 17 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| IN RE: )<br>)<br>GUANTÁNAMO BAY )<br>DETAINEE LITIGATION )<br>_____ )<br>)<br>AL QOSI, )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, )<br>President of the United States, *et al.*, )<br>)<br>      Respondents. )<br>_____ ) | Misc. No. 08-442 (TFH)<br><br><br><br><br><br>Civil Action No. 1:04-cv-01937 (PLF) |

[PROPOSED] **ORDER GRANTING**
**PETITIONER'S CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH**
**TO FILE THE TRAVERSE**

Upon consideration of Petitioner's *Consent Motion for an Extension of Time in Which to File the Traverse*, it is hereby

**ORDERED** that the Motion is granted; Petitioner shall have through and including October 30, 2009 in which file the traverse.

SIGNED AND ENTERED this ___ day of Sept., 2009.

_____
United States District Judge

D116652.1