IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM AHMED MAHMOUD AL-QOSI, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> BARACK OBAMA, *et al.*, ) <br> ) <br> Respondents. ) <br> _____) | **FILED** <br> NOV 1 0 2009 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br> Civ. No. 04-1937(PLF) |

[~~PROPOSED~~] ORDER

Upon consideration of the Joint Status Report submitted by the Parties, it is hereby:

ORDERED that the Parties shall file a joint status report by December 7, 2009.

ORDERED that the Parties shall file a proposed merits briefing schedule by January 15, 2010.

SO ORDERED.

Date: 11/10/09

HON. PAUL L. FRIEDMAN
United States District Judge